

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 26, 2017

**VIA ELECTRONIC FILING**

Marcia M. Waldron, Clerk
United States Court of Appeals
United States Courthouse, 21st Floor
601 Market Street
Philadelphia, PA  19106

    Re:   United States v. Kaboni Savage
            No. 14-9003

Dear Ms. Waldron:

      Oral argument is scheduled for September 27, 2017, regarding preliminary matters in this appeal.

      In a 15-page memorandum opinion issued on September 25, 2017, by the district court, the appellant's motion for a complete record on appeal was granted in part and denied in part. With a few exceptions, the district court denied counsel's requests for additional materials. The court found that many of the requested transcripts were "wholly irrelevant to any appeal issues . . . ." Opinion at p. 4. The court characterized appellant's requests as a "discovery fishing expedition on a district court," and suggested that his motion "may simply be a tactic to further delay Savage's appeal." *Id.* at p. 5. A copy of the full memorandum opinion is filed with this letter.

Please advise if the Court wishes any further briefing regarding this matter.

Respectfully yours,

LOUIS D. LAPPEN
Acting United States Attorney


*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
Assistant United States Attorney
Chief of Appeals


*/s David E. Troyer*
DAVID E. TROYER
Assistant United States Attorney

cc:   Barry J. Fisher, Esq.
      Lawrence S. Lustberg, Esq.