UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-9003

United States of America

v.

Kaboni Savage, Appellant

(E.D. Pa. No. 2-07-cr-00550-003)

Present:    SMITH, Chief Judge, Jordan and Fuentes, Circuit Judges

_____ORDER_____

The Appellant's Motion to Modify the Special Administrative Measures ("SAMs") is hereby DENIED. During oral argument, the parties appeared to agree in significant respects on how the SAMs are to be interpreted. The Court expects the parties will continue to cooperate in good faith on matters relating to the SAMs.

The Appellant's Motion to Stay Entry of a Scheduling Order is hereby GRANTED in part. No scheduling order for briefing on the merits will be entered at this time. Appellant is directed to file, within ten days of entry of this Order, an application regarding those portions of the record, including exhibits, that he contends have not been previously made available yet are required to proceed. Appellant may also address arguments pertaining to Judge Surrick's September 25, 2017, Order. The United States shall have five days thereafter to file a response, and the Appellant shall have three days from the filing of the government's response to reply. Upon receipt of the application, response, and reply, the Court will forthwith issue a scheduling order. In entering a

scheduling order, the Court will take into consideration those arguments made in the application, as well as those arguments previously presented to the Court, including at oral argument on September 27, 2017.

By the Court,

s/ D. Brooks Smith
Chief Judge

Dated:     September 27, 2017
SLC/cc:    Madeline S. Cohen, Esq.
           Barry J. Fisher, Esq.
           Lawrence J. Lustberg, Esq.
           David E. Troyer, Esq.